Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*King Spider LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>*Plaintiff*<br><br>v.<br><br>BEAUTIFULLY WOMEN STORE, BIBI STORE, DONGGUAN TIANTIAN PAI DESIGN CLOTHING LTD., DONGGUAN YUANDU CLOTHING CO., LTD., ELEGANT AND STYLISH SKIRTS STORE, FASHION GOTHIC CLOTHING STORE, GUANGZHOU YOUFU ELECTRONIC COMMERCE CO., LTD., H&JACKY STORE, HEBEI BEITUO NEW MATERIAL CO., LTD., JUNSON BIBER STORE, LONGYAN LIYU TEXTILE TECHNOLOGY CO., LTD., NEWCLOTHES DROPSHIPPING STORE, PEACH VAVA STORE, QUANZHOU CITY FENGZE DISTRICT ZHUOKE TRADING CO., LTD., QUANZHOU WANQI SUPPLY CHAIN MANAGEMENT CO., LTD., SHENZHEN KAWASAKI-BULLS SPORTS GEAR CO., LTD., SHENZHEN NICESTART CLOTHING CO. , LTD., SHOP1103804223 STORE, SHOP1103863817 STORE, SHOP1103878854 STORE, UNIQUE TASTE STORE, XIAMEN GROWJAA NEW MATERIAL COMPANY and YYFDC STORE,<br><br>*Defendants* | **24-cv-7531 (ALC)**<br><br>DOC #2<br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 12th day of November, 2024, at 1:00 p.m.
New York, New York

_____
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE